ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GERALYN A. GULSETH (CSBN 160872)
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8923
Facsimile: (415) 744-0134
E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD RASCON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | EDCV 09-2170 RZ<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

The Court ~~having~~ approve~~d~~s the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security under Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with the

1 | Stipulation of Remand.

3 | DATED: *June 28, 2010*

_____
HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE