LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
        11332 Mountain View Ave., Suite C
        Loma Linda, California 92354
        Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
        E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

RICHARD RASCON,                     )     No.  EDCV 09-2170 RZ
                                    )
        Plaintiff,                  )     [PROPOSED] ORDER AWARDING
                                    )     EAJA FEES
        v.                          )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner Of Social Security,    )
                                    )
        Defendant.                  )
_____     )

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

        IT IS ORDERED that ~~EAJA fees are awarded in the amount~~ Plaintiff shall have

and recover the sum of THREE THOUSAND EIGHT HUNDRED TWENTY FIVE

DOLLARS AND 00/100 ($3,825.00) ~~subject to the terms of the stipulation~~ in

attorney's fees pursuant to the Equal Access to Justice Act.

        DATE:  September 02, 2010

        _____
        HON. RALPH ZAREFSKY
        UNITED STATES MAGISTRATE JUDGE